UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61251-Civ-SCOLA/ROSENBAUM

DONNA GARLICKI, individually,

    Plaintiff,

vs.

FIRSTSOURCE ADVANTAGE, LLC,
a foreign profit corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice ((ECF No. 6). The Court has carefully reviewed the notice and the entire court file and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED that this case is DISMISSED with prejudice. Additionally, all pending motions are denied as moot. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida, on July 31, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*